# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-1194** | **September Term, 2014** |
| | 1:14-cv-01345-BAH |
| | SEC-75FR41018 |
| | Filed On: November 12, 2014 |

New York Republican State Committee and
Tennessee Republican Party,
      Petitioners

    v.

Securities and Exchange Commission,
      Respondent

_____

**No. 14-5242**

New York Republican State Committee and
Tennessee Republican Party,
      Appellants

    v.

Securities and Exchange Commission,
      Appellee

      **BEFORE:**    Henderson, Srinivasan, and Millett, Circuit Judges

### O R D E R

      Upon consideration of the motion to expedite and to consolidate, the response thereto, and the reply, it is

      **ORDERED** that the motion to consolidate be granted.  Nos. 14-1194 and 14-5242 are hereby consolidated.  It is

      **FURTHER ORDERED** that the request for expedited consideration be granted in part.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2013).  It is

      **FURTHER ORDERED** that the following briefing schedule apply in these consolidated cases:

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-1194**                                                       September Term, 2014
**No. 14-5242**

| | |
|---|---|
| Petitioners-Appellants' Brief (not to exceed 14,000 words) | December 22, 2014 |
| Joint Appendix | December 22, 2014 |
| Respondent-Appellee's Brief (not to exceed 14,000 words) | January 21, 2015 |
| Petitioners-Appellants' Reply Brief (not to exceed 7,000 words) | February 4, 2015 |

The standard word allotments are imposed without prejudice to the parties submitting detailed requests for additional allotments if necessary. While not otherwise limited, the Petitioners-Appellants are directed to address the basis for their claim of standing.

The Clerk is directed to calendar this case for argument on an appropriate date after the completion of briefing. The parties will be notified separately of the oral argument date and composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                  BY:    /s/
                               Scott H. Atchue
                               Deputy Clerk